IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Civil Action No. 5:19-cv-142

| | |
|---|---|
| YAQUELIN MEDINA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WESTDALE BRENTMOOR, LLC d/b/a BRENTMOOR APARTMENTS, WESTDALE PROPERTIES AMERICA I, LP a/k/a WESTDALE PROPERTIES AMERICA I, LTD., and WESTDALE ASSET MANAGEMENT, LIMITED PARTNERSHIP a/k/a WESTDALE ASSET MANAGEMENT, LTD., | ) **CORPORATE DISCLOSURE STATEMENT** |
| | ) |
| Defendants. | ) |

Defendant Westdale Asset Management, Limited Partnership a/k/a Westdale Asset Management, LTD., by and through counsel and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

   YES ____    NO   X  

2. Does party have any parent corporations?

   YES   X     NO ____

   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

   Augusta Investment Company, Ltd; JGB Ventures I, Ltd.; Kimel Family Holdings, Inc.; JGB Holdings, Inc.; JGB Ventures, Inc.

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

   YES _____    NO  X

   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of this litigation?

   YES ___    NO  X

   If yes, identify entity and nature of interest:

5. Is party a trade association?

   YES ___    NO  X

   If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors' committee:

   N/A

This the 10th day of April, 2019.

             /s/ Laura E. Dean

             RICHARD T. BOYETTE
             N.C. State Bar No. 7623
             LAURA E. DEAN
             N.C. State Bar No. 43775
             Cranfill Sumner & Hartzog, LLP
             Post Office Box 27808
             Raleigh, North Carolina 27611-7808
             Telephone: (919) 828-5100
             *Attorneys for Defendant Westdale Asset Management, LP a/k/a Westdale Asset Management, Ltd.*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:19-cv-142

| | |
|---|---|
| YAQUELIN MEDINA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WESTDALE BRENTMOOR, LLC d/b/a BRENTMOOR APARTMENTS, WESTDALE PROPERTIES AMERICA I, LP a/k/a WESTDALE PROPERTIES AMERICA I, LTD., and WESTDALE ASSET MANAGEMENT, LIMITED PARTNERSHIP a/k/a WESTDALE ASSET MANAGEMENT, LTD., | ) ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 10, 2019, a copy of the foregoing Corporate Disclosure Statement was filed with the clerk of court using the CM/ECF system and will deposit the foregoing document in the U.S. Mail addressed to the following:

Edward H. Maginnis
Karl S. Gwaltney
Maginnis Law, PLLC
4801 Glenwood Ave., Suite 310
Raleigh, NC 27612

Scott C. Harris
Patrick M. Wallace
900 W. Morgan Street
Raleigh, NC 27603
*Attorneys for Plaintiff*

Joseph Dowdy
Phillip Harris
Kilpatrick Townsend & Stockton LLP
4208 Six Forks Road, Suite 1400
Raleigh, NC 27609
*Attorneys for Westdale Brentmoor, LLC*

Westdale Properties America I, LP
c/o CT Corporation System
160 Mine Lake Ct Ste 200
Raleigh, NC 27615

      /s/ Laura E. Dean

RICHARD T. BOYETTE
N.C. State Bar No. 7623
LAURA E. DEAN
N.C. State Bar No. 43775
Cranfill Sumner & Hartzog, LLP
Post Office Box 27808
Raleigh, North Carolina 27611-7808
Telephone: (919) 828-5100
*Attorneys for Defendant Westdale Asset Management, LP a/k/a Westdale Asset Management, Ltd.*