# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

| | |
|---|---|
| YAQUELIN MEDINA, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>WESTDALE ASSET MANAGEMENT, )<br>LIMITED PARTNERSHIP, WESTDALE )<br>BRENTMOR, LLC, and WESTDALE )<br>PROPERTIES AMERICA I, LP, )<br>)<br>Defendants. ) | **JUDGMENT IN A**<br>**CIVIL CASE**<br>**CASE NO. 5:19-CV-142-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motion to dismiss the complaint for failure to state a claim [D.E. 26] and DISMISSES plaintiff's amended complaint [D.E. 24].

**This Judgment Filed and Entered on February 3, 2020, and Copies To:**

| | |
|---|---|
| Edward Hallett Maginnis | (via CM/ECF electronic notification) |
| Scott C. Harris | (via CM/ECF electronic notification) |
| Karl Stephen Gwaltney | (via CM/ECF electronic notification) |
| Patrick M. Wallace | (via CM/ECF electronic notification) |
| Joseph Samuel Dowdy | (via CM/ECF electronic notification) |
| Phillip A. Harris, Jr. | (via CM/ECF electronic notification) |

DATE:  
February 3, 2020

PETER A. MOORE, JR., CLERK  
(By) /s/ Nicole Sellers  
Deputy Clerk