THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:19-cv-142-D

YAQUELIN MEDINA,

    Plaintiff,

v.

WESTDALE BRENTMOOR, LLC d/b/a BRENTMOOR APARTMENTS, WESTDALE PROPERTIES AMERICA I, LP a/k/a WESTDALE PROPERTIES AMERICA I, LTD., and WESTDALE ASSET MANAGEMENT, LIMITED PARTNERSHIP a/k/a WESTDALE ASSET MANAGEMENT, LTD,

    Defendants.

## UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFYING CLASSES FOR PURPOSE OF SETTLEMENT, DIRECTING NOTICE TO THE CLASSES, AND SCHEDULING FAIRNESS HEARING

Plaintiff Yaquelin Medina ("Plaintiff"), on behalf of herself and all others similarly situated (the "Classes" as further defined below), and Westdale Brentmoor, LLC d/b/a Brentmoor Apartments, Westdale Properties America I, LP a/k/a Westdale Properties America I, Ltd., and Westdale Asset Management, Limited Partnership a/k/a Westdale Asset Management, Ltd. ("Defendants") (collectively referred to as "the Parties"), have entered into a Class Action Settlement and Release ("Settlement Agreement" or "Agreement"). Plaintiff now moves for an Order certifying the Classes, appointing Class Counsel, approving the content, form, and manner of notice proposed to be sent to all members of the Classes, and scheduling a fairness hearing. Plaintiff's counsel have consulted with Defendants' counsel regarding this motion, and Defendants do not oppose this Motion.

For the reasons described in Plaintiff's memorandum of law in support of this motion and the Declaration of Scott C. Harris attached hereto, Plaintiff respectfully requests that this Court grant the motion and enter the proposed Order on Preliminary Approval of Class Action Settlement, attached hereto as **Exhibit 1:**

1. Certifying the Collection Letter Settlement Class for the purpose of the proposed class action settlement;

2. Certifying the Eviction Fee Settlement Class (along with the Collection Letter Class, the "Settlement Classes") for the purpose of the proposed class action settlement;

3. Appointing Class Counsel;

4. Approving the content, form, and manner of notice proposed to be sent to all members of the Settlement Classes;

5. And scheduling a final fairness hearing.

Dated: November 30, 2020

Respectfully submitted,

/s/ Scott C. Harris
Scott C. Harris
N.C. State Bar No. 35328
Patrick M. Wallace
N.C. State Bar No. 48138
Whitfield Bryson LLP
900 West Morgan St.
Raleigh, North Carolina 27603
Telephone:919-600-5000
Fax: 919-600-5035
scott@whitfieldbryson.com
pat@whitfieldbryson.com

Edward H. Maginnis
Karl S. Gwaltney
Maginnis Law, PLLC
4801 Glenwood Avenue, Suite 310
Raleigh, North Carolina 27612
Telephone: (919) 526.0450
Fax: (919)882.8763
emaginnis@maginnislaw.com

kgwaltney@maginnislaw.com

*Attorneys for Plaintiffs and the settlement classes*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 30th day of November, 2020, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

*/s Scott C. Harris*
Scott C. Harris
Whitfield Bryson LLP
